NATIONAL TRAILER CONVOY, INC. *v.*
UNITED STATES ET AL.

No. 373.  Decided October 18, 1965.

*Jack N. Hays* and *Harold G. Hernly* for appellant.

*Acting Solicitor General Spritzer, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Thomas H. Ploss* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

KASHARIAN ET AL. *v.* SOUTH PLAINFIELD
BAPTIST CHURCH ET AL.

No. 433, Misc.  Decided October 18, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.